JOHN GRAHAM, Appellant, *v.* ADIA A. SELOVER, Respondent.

(Argued December 13, 1872; decided December 17, 1872.)

DECIDED upon the facts in the case.

*Joseph A. Shoudy* for appellant.

*Coles Morris* for the respondent.

PECKHAM, J., reads opinion for affirmance.
All concur.
Judgment affirmed.